# EXHIBIT A



**University of Farmington**
*Office of Admissions*
30500 Northwestern Highway
Farmington Hills, MI 48334

October 1, 2017

Raja Vadapally
▨▨▨▨▨▨▨
Carteret, NJ 07008

Dear Raja,

It is with great pleasure to inform you of your admission to the University of Farmington for the Fall 2017 Quarter, session 3 beginning November 6, 2017.

You were chosen from the largest and most competitive applicant pool in the institution's history for this opportunity. On behalf of myself and our faculty, students, and alumni - congratulations and welcome to the global community that is the University of Farmington!

Your admission to the University of Farmington is a reflection on your past academic achievements and future goals. We are confident in your ability to prosper and succeed at the University of Farmington.

At the University of Farmington, you will be part of a diverse community, where undergraduate, graduate, and international students work alongside renowned faculty in an environment of ingenuity, creativity, and innovation.  The professional faculty at the University of Farmington are drawn directly from business and industry and will provide you experiences needed to succeed in your career by exposing you to a blend of traditional, applied, and practical educational opportunities.

The opportunities a degree from the University of Farmington holds are endless.

If you have any further questions regarding your acceptance and next steps in the admissions process, please contact us at admissions@universityoffarmington.edu.

The University of Farmington community welcomes you, and I personally look forward to greeting you on campus.

Sincerely,

Ali Milani
Director of Admissions

248.702.6316                              admissions@universityoffarmington.edu

A nationally accredited institution authorized to enroll international students by the U.S. Department of Homeland Security.

# EXHIBIT B



# Invoice

Office of Student Accounts
University of Farmington
30500 NW Highway, Suite 205
Farmington Hills, Michigan 48334
Office Phone: 2487026719
studentaccounts@universityoffarmington.edu

| | |
|---|---|
| **Invoice Number:** | I181107543 |
| **Invoice Date:** | 11/07/2018 |
| **Payment Terms:** | Payment 30 days after invoice date |
| **Invoice Due Date:** | 12/07/2018 |
| **Invoice Amount:** | 2,500.00 |
| **Created By:** | Office of Student Accounts |

**Bill To**
Raja Vadapally
XXXXXXXXX
Norwood, NJ 07648
XXXXXXXXX

**Ship To**
Raja Vadapally
XXXXXXXXX

| Item Name | Unit Price | Total |
|---|---|---|
| Tuition, Fall 2018 | 2,500.00 | 2,500.00 |

**Comments:**
Tuition for Winter 2018 will be billed 2/1/2019.

| | |
|---|---|
| Subtotal: | $ 2,500.00 |
| **Invoice Amount** | **$ 2,500.00** |
| Credit Card on 11/08/2018: | (1,500.00) |
| Credit Card on 11/08/2018: | (1,000.00) |
| **Invoice Balance:** | **$ 0.00** |

**Terms & Conditions:**

Initial enrollment deposit or related fee is due upon receipt of I-20.

Balance of tuition is due within 30 days of enrollment or the start of a new term.

Fees for student ID replacement, transcripts, or diplomas are due within 30 days of request.

A $25 late fee will be charged on all invoices.

Tuition and Fees can also be paid by check. Please mail a copy of invoice and check to Student Accounts, University of Farmington, 30550 Northwestern Highway, Farmington Hills, MI 48334.

# EXHIBIT C



**U.S. Immigration and Customs Enforcement**
**Homeland Security Investigations**
**U.S. Department of Homeland Security**
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC 20536-5600

January 29, 2019

RAJA VADAPALLY
22 NOTTINGHAM CT
MONTVALE, NEW JERSEY 07645

**Student and Exchange Visitor Program**
**Notice to Student**

This letter is to inform you that your SEVIS record and your Form I-20, SEVIS ID N0013057631, issued by University of Farmington, school code DET214F45311000, has been set to Terminated status for otherwise failing to maintain status. The University of Farmington has been closed by the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement.

Since the school has been closed and your SEVIS record has been set to Terminated, you must file for reinstatement or depart the United States. For instructions on how to file for a reinstatement, visit www.uscis.gov.

Should you wish to speak to someone regarding this notice, contact the SEVP Response Center via email at SEVP@ice.dhs.gov or by telephone at (703) 603-3400 or (800) 892-4829.

Sincerely,

SEVP Analysis and Operations Center
Student and Exchange Visitor Program

# EXHIBIT D

U.S. Department of Homeland Security

**Notice to Appear**

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 363748814          FINS: 1179206365

File No: 216 309 791

DOB: 07/11/1992          Event No: XMF1901000002

In the Matter of:

Respondent: _____SWETHA BACHU_____

currently residing at:

33 Congress Street Apt 28, Nashua, NEW HAMPSHIRE, 03062          (703) 321-6980

(Number, street, city and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(C)(i) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you failed to maintain or comply with the conditions of the nonimmigrant status under which you were admitted.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

JFK Federal Building 15 New Sudbury St, Room 320 Boston MA 02203. EOIR Boston, MA

(Complete Address of Immigration Court, including Room Number, if any)

on __To be set.__ at __To be set.__ to show why you should not be removed from the United States based on the

(Date)          (Time)

charge(s) set forth above.

_____MICHAEL V. POSANKA_____  Resident Agent in Charge

(Signature and Title of Issuing Officer)

Date: __January 30, 2019__  Manchester, NH

(City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
(Signature of Respondent)

_____
(Signature and Title of Immigration Officer)

Date: _____

## Certificate of Service

This Notice To Appear was served on the respondent by me on __January 30, 2019__, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person                [ ] by certified mail, returned receipt requested          [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____English_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_B. Suretha_____
(Signature of Respondent if Personally Served)

DANIEL PERLACK    Special Agent
(Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form I-862

| Alien's Name<br>BACHU, SWETHA | File Number<br>216 309 791<br>Event No: XMF1901000002 | Date<br>01/30/2019 |
|---|---|---|

THE SERVICE ALLEGES THAT YOU:
-------------------------------

1. The Department of Homeland Security alleges that you:

2. You are not a native and citizen of the United States;

3. You are a native of INDIA and a citizen of INDIA;

4. You were admitted to the United States at Dulles International Airport on or about January 20, 2016 as a Non-Immigrant;

5. On or about January 29, 2018, you transferred to the University of Farmington in Farmington Hills, Michigan;

6. On January 29, 2019, your nonimmigrant student status was listed as terminated in the Student and Exchange Visitor Information System (SEVIS) because you were not pursuing a full course of study or participating in authorized practical training as an integral part of any curriculum from January 29, 2018 to January 29, 2019;

7. Additionally, you were engaged in employment for wages or compensation from Egen Solutions at Naperville, Illinois despite being ineligible for employment.

| Signature<br>MICHAEL V. POSANKA | Title<br>Resident Agent in Charge |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# EXHIBIT E



**U.S. Immigration and Customs Enforcement**
**Homeland Security Investigations**
**U.S. Department of Homeland Security**
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC  20536-5600

January 29, 2019

PRUDHIVI RAJ GUNDABATHULA
2304 STEARNS HILL RD
WALTHAM, MASSACHUSETTS 02451

**Student and Exchange Visitor Program**
**Notice to Student**

This letter is to inform you that your SEVIS record and your Form I-20, SEVIS ID N0012801107, issued by University of Farmington, school code DET214F45311000, has been set to Terminated status for otherwise failing to maintain status.  The University of Farmington has been closed by the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement.

Since the school has been closed and your SEVIS record has been set to Terminated, you must file for reinstatement or depart the United States.  For instructions on how to file for a reinstatement, visit www.uscis.gov.

Should you wish to speak to someone regarding this notice, contact the SEVP Response Center  via email at SEVP@ice.dhs.gov or by telephone at (703) 603-3400 or (800) 892-4829.

Sincerely,

SEVP Analysis and Operations Center
Student and Exchange Visitor Program

# EXHIBIT F

Information regarding your U.S. visa  ∑  Inbox ×                              🖨  ⤢

**Hyderabad, FPU** <HYDFPU@state.gov>                    Jun 18, 2019, 9:05 AM  ☆  ☺  ↩  ⋮
to me, FPU ▼

Dear Applicant,

This message is being sent to inform you that the non-immigrant U.S. visa which you currently hold has been revoked in accordance with the United States Immigration and Nationality Act (INA).

The visa is no longer considered valid for travel to the United States. Following the interview at the U.S. Consulate General in Hyderabad and the subsequent issuance of the visa, additional information became available that indicates you may no longer be eligible for the visa issued.

If you desire to travel to the U.S. you must apply for a new visa, at which time your eligibility for the visa will be reviewed and the application adjudicated accordingly.

Regards,
U.S. Consulate General
Hyderabad
India
**Official - Privacy/PII**
**UNCLASSIFIED**